UNITED STATES of America, Plaintiff–Appellee

v.

Michele Renee THOMPSON, Defendant–Appellant.

No. 08–10361 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2008.

John Preston Bradford, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Matthew Kyle Belcher, Federal Public Defender's Office Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Michele Renee Thompson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Thompson has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.